ERRATA

<u>Kent International, Inc. v. United States</u>, Court No. 15-00135, Slip Op. 17-123, dated September 8, 2017.

Page 3:   On line 18, replace ("subheading 8417") with ("subheading 8714")

Page 4:   On line 8, replace "subheading 8417.99.00" with "subheading 8714.99.00"

Page 5:   On line 13, replace "8417.99.00" with "8714.99.00"

September 14, 2017