# United States Court of Appeals for the Federal Circuit

---

**KENT INTERNATIONAL, INC.,**

*Plaintiff-Appellant*

v.

**UNITED STATES,**

*Defendant-Appellee*

---

2021-1065

---

Appeal from the United States Court of International Trade in No. 1:15-cv-00135-LMG, Senior Judge Leo M. Gordon.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered November 3, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellant Kent International, Inc. in the amount of $127.02 and taxed against the appellee.

FOR THE COURT

December 27, 2021
     Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court