UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| KENT INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | Before: Leo M. Gordon, Judge <br><br> Court No. 15-00135 |

## SCHEDULING ORDER

Upon consultation with the parties, and all papers and proceedings had in this action; and upon due deliberation, it is hereby

**ORDERED** that the stay previously ordered in this action, ECF No. 71, is hereby lifted; it is further

**ORDERED** that the parties shall engage in supplemental briefing on the following issues:

1. Whether Plaintiff Kent International, Inc. can establish the existence of a claim of treatment regarding the tariff classification of its imported child bicycle seats without consideration of any bypass entries; and

2. Identification of the "2-year period immediately preceding the claim of treatment." See 19 C.F.R. § 177.12(c)(1)(i)(C);

And it is further

**ORDERED** that the briefing in this action shall proceed in accordance with the schedule and guidelines set forth below:

Court No. 15-00135                                                                                                      Page 2

|    |                                                          | Due Date<br>(On or Before) | Page/Word Limits |
|----|----------------------------------------------------------|----------------------------|------------------|
| 1. | Plaintiff Kent International, Inc.'s Supplemental Brief  | March 29, 2022             | 15 Pages         |
| 2. | Defendant's Supplemental Brief                           | March 29, 2022             | 15 Pages         |
| 3. | Plaintiff Kent International, Inc.'s Response Brief      | April 12, 2022             | 7 Pages          |
| 4. | Defendant's Response Brief                               | April 12, 2022             | 7 Pages          |
| 5. | Motion for Oral Argument, if any                         | April 19, 2022             | N/A              |

                                                                      /s/ Leo M. Gordon
                                                                    Judge Leo M. Gordon

Dated: February 23, 2022
       New York, New York